UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                          :
Melinda Michelle Levine,                                  :
                                                          :
                              Plaintiff,                  :           25-CV-3669 (AS)
                                                          :
            -v-                                           :           ORDER ADOPTING
                                                          :           REPORT AND
Commissioner of Social Security,                          :           RECOMMENDATION
                                                          :
                              Defendant.                  :
                                                          :
------------------------------------------------------------------------ X

ARUN SUBRAMANIAN, United States District Judge:

This case was referred to Magistrate Judge Robert W. Lehrburger. *See* Dkt. 6.  In the Report and Recommendation filed on December 8, 2025, Magistrate Judge Lehrburger recommended that Levine's motion for attorney's fees be granted. *See* Dkt. 23.

In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district court "must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see also United States v. Male Juvenile*, 121 F.3d 34, 38 (2d Cir. 1997). To accept those portions of the report to which no timely objection has been made, however, a district court need only satisfy itself that there is no clear error on the face of the record. *See, e.g.*, *Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003). This clearly erroneous standard also applies when a party makes only conclusory or general objections, or simply reiterates his original arguments. *See, e.g.*, *Ortiz v. Barkley*, 558 F. Supp. 2d 444, 451 (S.D.N.Y. 2008).

In the present case, the Report and Recommendation advised the parties that they had fourteen days from service of the Report and Recommendation to file any objections, and

warned that failure to timely file such objections would result in waiver of any right to object.

*See* Dkt. 33.  In addition, the Report and Recommendation expressly called the Commissioner's

attention to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). The

Commissioner wrote that he "does not intend to file objections to the Report &

Recommendation," Dkt. 24, and, as of the date of this Order, no objections have been filed and

no request for an extension of time to object has been made. Accordingly, the Commissioner has

waived the right to object to the Report and Recommendation or to obtain appellate review. *See*

*Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992); *see also Caidor v. Onondaga County*, 517

F.3d 601 (2d Cir. 2008).

Despite the waiver, the Court has reviewed the petition and the Report and

Recommendation, unguided by objections, and finds the Report and Recommendation to be well

reasoned and grounded in fact and law. Accordingly, the Report and Recommendation is

ADOPTED in its entirety.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: December 22, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge

2