UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MELINDA MICHELLE LEVINE,           :           25-CV-3669 (AS) (RWL)
:
           Plaintiff,    :
:           **ORDER: ATTORNEYS' FEES**
       - against -    :
:
COMMISSIONER OF SOCIAL SECURITY,  :
:
         Defendant.  :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      IT IS HEREBY ORDERED that Plaintiff's Motion for attorney's fees under § 406(b) is granted. The Court hereby authorizes $26,310.75 in attorney's fees for legal services rendered in the United States District Court, to be paid by the Social Security Administration out of Plaintiff's past-due benefits. Plaintiff's counsel must refund to Plaintiff the EAJA fee previously awarded by this Court in the amount of $8,688.48, or, if applicable, only such portion of the EAJA fee not subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3) (B) (2006)).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     June 9, 2026
          New York, New York

Copies transmitted this date to all counsel of record.